UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Crim. No. 08-383 (DMC)

v.    :

MORTON SALKIND    :    **CONSENT ORDER MODIFYING CONDITIONS OF RELEASE**

THIS MATTER having come before the Court on the application of defendant Morton Salkind (by Mark Rufolo, Esq.), with the consent of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Seth B. Kosto, Assistant U.S. Attorney), for an order modifying the conditions of release as set forth in this Court's Order Setting Conditions of Release filed on May 28, 2008, to permit the return by Pre Trial Services ("PTS") of the passport of Morton Salkind in order for him to travel to foreign countries in Europe, for business purposes, and for good and sufficient cause shown; and

IT APPEARING THAT Morton Salkind was released on May 28, 2008, upon the execution of a $100,000 unsecured appearance bond;

IT FURTHER APPEARING THAT he was also ordered to surrender his passport following a then scheduled June 2008 trip to foreign countries, and that this scheduled trip was postponed and has now been re-scheduled;

IT FURTHER APPEARING THAT the business trip is expected to be taken in April and last approximately ten days; and

IT FURTHER APPEARING THAT neither the government or PTS have any objection to Morton Salkind traveling to Europe as long as he provides PTS with an itinerary prior to making the trip.

WHEREFORE, on this 25 day of March, 2009,

IT IS ORDERED that the Order of Release entered on May 28, 2008, is hereby modified to the extent necessary to permit the temporary return of Morton Salkind's passport upon his providing an itinerary to PTS so that he is able to travel to foreign countries for approximately ten days for business related reasons.

HON. DENNIS M. CAVANAUGH
United States District Judge

Consented and Agreed to:

Mark Rufolo, Esq.

Seth B. Kosto, AUSA