UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 08-383 (DMC) |
| v. | : | |
| MORTON SALKIND | : | **ORDER STAYING IMPOSITION OF SENTENCE** |

THIS MATTER having come before the Court on the application of defendant Morton Salkind (by Mark Rufolo, Esq.), with notice to Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Seth B. Kosto, Assistant U.S. Attorney), for an order staying aspects of the imposition of sentence as set forth in this Court's Judgment Order filed on August 13, 2009, more particularly, to stay Mr. Salkind's reporting date to the designated Bureau of Prisons facility for four to six weeks, and to stay execution of his fine for the duration of his prison sentence, and for good and sufficient cause shown; and

IT APPEARING THAT Morton Salkind recently suffered from a fall resulting in a fractured clavicle and rib, head injury, and other abrasions to his shoulder, torso, and left leg and toe;

IT FURTHER APPEARING THAT Morton Salkind has other medical ailments as identified during the sentencing proceeding in this matter; and

~~IT FURTHER APPEARING THAT Morton Salkind is presently in bankruptcy and upon his incarceration will have no viable means of income;~~

WHEREFORE, on this __2__ day of ~~September,~~ OCT 2009,

IT IS ORDERED that:

1) The requirement that Morton Salkind surrender for service of his sentence at the institution designated by the Bureau of Prisons on October 5, 2009, be stayed until __16 NOVEMBER 2009__ ~~; and~~

2) ~~The requirement that the $30,000 fine imposed upon Morton Salkind be paid in full within 30 days of sentencing be stayed until Morton Salkind is released from custody following the service of the prison sentence imposed in this matter.~~

_____
HON. DENNIS M. CAVANAUGH
United States District Judge