PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, New Jersey 07102
Tel. 973-645-2736
Fax. 973-645-3210
email: Leah.Bynon@usdoj.gov
LAB0321
(FLU:VC)

November 2, 2009

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. DENNIS M. CAVANAUGH |
| PLAINTIFF, | : | CRIMINAL NO. 08-383-01 |
| v. | : | |
| MORTON SALKIND, | | |
| | : | ORDER |
| DEFENDANT, | : | |
| TURNBERRY BANK, and its successors or assigns, | : | |
| GARNISHEE. | : | |

This matter having been opened to the Court by the U.S. Attorney for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this 9 day of Nov, 2009

ORDERED that the Application and Order for Writ of Garnishment in this matter is hereby WITHDRAWN.

By: _____
HONORABLE DENNIS M. CAVANAUGH
JUDGE, U.S. DISTRICT COURT