PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Morton Salkind  **Docket Number:** 08-00383-001
 **PACTS Number:** 51932

**Name of Sentencing Judicial Officer:** HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT COURT JUDGE

**Date of Original Sentence:** 08/13/2009

**Original Offense:** ATTEMPT TO EVADE OR DEFEAT TAX

**Original Sentence:** 12 months and one day imprisonment; 2 years supervised release.

**Special Conditions:** Financial Disclosure, IRS cooperation, no new lines of credit, DNA

**Type of Supervision:** supervised release  **Date Supervision Commenced:** 09/30/10

**Assistant U.S. Attorney:** Seth Kosto, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Mark W. Rufolo, Esq. (Retained), Stern & Kilcullen, LLC, 75 Livingston Avenue, Roseland, New Jersey 07068, (973) 535-1900

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation Number</u>   <u>Nature of Noncompliance</u>

1.   The offender has violated the standard supervision condition which states '**Upon request, you shall provide the U.S. Probation Office with full disclosure of your financial records, including co-mingled income, expenses, assets and liabilities, to include yearly income tax returns. With the exception of the financial accounts reported and noted within the presentence report, you are prohibited from maintaining and/or opening any additional individual and/or joint checking, savings, or other financial accounts, for either personal or business purposes, without the knowledge and approval of the U.S. Probation Office. You shall cooperate with the Probation Officer in the investigation of your financial dealings and shall provide truthful monthly statements of your income. You shall cooperate in the signing of any necessary authorization to release information forms permitting the U.S.**

Probation Office access to your financial information and records.'

On February 4, 2011, the United States Marshal Service executed a search warrant, as a result of Salkind's bankruptcy filing, of the offender's residences in New Jersey, Florida and his son's residence simultaneously. During the execution of the warrant, the Marshals recovered the following, all of which he failed to disclose to the United States Probation Office:

**Denville, New Jersey Residence -**

Cash - $162,021 (US)
   $3,253 (Canadian)

Jewelry

Financial Records: Stock certificates, Bonds, List of stock certificates (hand-written), Krane Letter, Chase Letter, Groupon Aloha Corp. Book, New Century Asset Management, Turbo Network Documents, Societe General Doc., Agent agreement (Salkind w/Ingelsio), Salkind Family Trust Agreement, Account records (Steven Salkind), Coupons Missouri-Kansas RR Co., Jaguar Invoice

**Sunny Isles, Florida Residence -**

Cash - $22,210 (American currency found in a brown paper bag and in a purse in Mrs. Salkind's closet
   $1,500 (French Francs)

**Mount Arlington, New Jersey -**

Cash - $29,600 (found in attic)
   $2,000 (found in book in basement)
   $50 (found in closet in basement)

Swedish currency (found in kitchen cabinet)

Fox development checks in navy binder

PROB 12C - Page 3
Morton Salkind

I declare under penalty of perjury that the foregoing is true and correct.

By: Jessica M. Alberts
U.S. Probation Officer
Date: 3/21/11

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: MON. APRIL 4, 2011 @ 11 A.M.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

3/23/11
Date

Dennis M. Cavanaugh
U.S. District Judge