# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.                                                          Case Number   2:8cr383-1

MORTON SALKIND

Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

The defendant, MORTON SALKIND, was represented by Raymond Flood, Esq.

The defendant admitted guilt to violation number(s) 1 as stated on the violation petition. Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation |
|---|---|
| 1 | 'Failure to disclose/cooperate in financial dealings' |

As pronounced on 22 February 2012, the defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances. Unless modified by this judgment, all fines, restitution, costs, and special assessments previously imposed in the judgment filed on 13 August 2009 remain in full force and effect, if not already paid.

Signed this the 22 day of February, 2012.

DENNIS M. CAVANAUGH
United States District Judge

Defendant's SSN: ***-**-8918
Defendant's Date of Birth: June 1932
Defendant's address: 68 MacKenzie Lane, Denville, NJ 07834

AO 245 D (Rev. 03/01) - Judgment in a Criminal Case for Revocation

Judgment – Page 2 of 2

Defendant:     MORTON SALKIND
Case Number:   2:8cr383-1

## SUPERVISED RELEASE

    It is ordered and adjudged that the offender's term of supervised release be extended for a period of 12 months subject to all previously imposed standard and special conditions.